**482**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Jorge RIVERA, a.k.a. Jorge Alvarez;
a.k.a. George, Defendant—
Appellant.

No. 02–50421.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 18, 2003.

Before: RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Jorge Rivera appeals his conviction and 60–month sentence following his guilty plea for conspiracy to distribute and to possess with intent to distribute controlled substances, in violation of 18 U.S.C. § 371.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rivera's counsel has submitted a brief stating that he has found no meritorious issues for review. Appellant has not filed a supplemental pro se brief.

Our consideration of counsel's brief and our independent review of the record un-

der *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

